UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID M. BARBERA,

                Plaintiff,

-against-

VILLAGE OF WEST HAVERSTRAW,
MAYOR EDWARD P. ZUGIBE and
DEPUTY MAYOR JOSEPH DENISE,
in their official capacities,

                Defendants.

07 CIV 11281 (KMK)

**Judge Karas**

---

### FRCP RULE 7.1 DISCLOSURE STATEMENT

    Defendants, VILLAGE OF WEST HAVERSTRAW, MAYOR EDWARD P. ZUGIBE and DEPUTY MAYOR JOSEPH DENISE, in their official capacities, by and through their attorneys, GOLDBERG SEGALLA LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, state as follows:

    The VILLAGE OF WEST HAVERSTRAW is not a publicly traded entity. There is no parent company of the VILLAGE OF WEST HAVERSTRAW.

Dated: White Plains, New York
       February 29, 2008

                              Respectfully submitted,
                              /S/
                              Kevin Burns, Esq. (KB-9940)
                              GOLDBERG SEGALLA LLP
                              **Attorneys for Defendants**
                              **VILLAGE OF WEST HAVERSTRAW,**
                              **MAYOR EDWARD P. ZUGIBE and**
                              **DEPUTY MAYOR JOSEPH DENISE,**
                              **in their official capacities**
                              170 Hamilton Avenue, Suite 203
                              White Plains, New York 10601-1717
                              (914) 798-5400
                              GS File No.: 1000.0156

TO:    MICHAEL D. DIEDERICH, JR. (MD-2097)
**Attorney for Plaintiff**
361 Route 210
Stony Point, New York 10980
(845) 942-0795

102642.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing **FRCP RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

MICHAEL D. DIEDERICH, JR. (MD-2097)
**Attorney for Plaintiff**
361 Route 210
Stony Point, New York 10980
(845) 942-0795


_____/S/_____
Kevin Burns, Esq. (KB-9940)

102642.1